## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE QUIGLEY** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 18-485** |
| | **:** | |
| **IRON MOUNTAIN, INC.** | **:** | |

## O R D E R

This  18th   day of    March   , 2019, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


**KATE BARKMAN**, Clerk of Court


BY:     /s/ Patricia Clark
Civil Deputy to Judge McHugh


Copies EMAILED on 3/18/19 to:

cc:  Graham F. Baird, Esquire
     John M. Nolan, III, Esquire
     Marjorie Kaye, Esquire